TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00163-CR

Luis Peralez, Sr., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT

NO. 97-205, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: May 27, 1999

Do Not Publish